UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION



FILED
06 AUG 14 PM 3:33
U.S. COURTS
SOUTHERN DISTRICT

| ARMANDO LANDEROS LLAVAYOL, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. L-06-0125 |
| | § | |
| THE COCA-COLA COMPANY, | § | |
| REYCARLO ENTERPRISES, INC., | § | |
| REYNALDO GARCIA, MIRTA | § | |
| GARCIA and PAULA GARCIA | § | |
| Defendants. | § | |

# COMPLAINT

Plaintiff Armando Landeros Llavayol files his Complaint against Defendants The Coca-Cola Company, Reycarlo Enterprises, Inc., Reynaldo Garcia, Mirta Garcia and Paula Garcia (collectively "Defendants").

## Nature of the Action

1. This is an action for copyright infringement arising under the United States Copyright Act, 17 U.S.C. §§ 101, et seq.; for trademark and trade dress infringement, unfair competition, false designation of origin and false description and representation in commerce under Section 43 of the Lanham Act, 15 U.S.C. § 1125; for trademark infringement and unfair competition under Texas common law, and for trademark dilution under TEX. BUS. & COM. CODE § 16.29.

## Jurisdiction and Venue

2. This Court has jurisdiction of this controversy pursuant to 28 U.S.C. §1338(a), as it is an action arising under Acts of Congress relating to copyright and trademark, namely, the Copyright Act of 1976, 17 U.S.C. § 101 et seq., and the Lanham Act, 15 U.S.C. § 1051 et seq. This Court has

1

pendant jurisdiction over the claims arising under state law pursuant to 28 U.S.C. § 1338(b). This Court also has diversity jurisdiction pursuant to 28 U.S.C. 1332, as there is complete diversity between Plaintiff and Defendant and the claim is for more than $75,000.00.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1400(b) and 1391(b) and (c), as the Defendant Reycarlo, Inc., has its principal place of business and is subject to personal jurisdiction in this district and is therefore deemed to reside here for purposes of venue; and, on information and belief, the remaining individual Defendants reside within this district, or may be found in this district, or both.

## **Parties**

4. Plaintiff is a citizen of Mexico, and is doing business in the State of Texas in the city of Laredo, Texas.

5. Defendant Reycarlo Enterprises, Inc., is a Texas corporation, which may be served by serving its registered agent for service, Reynaldo Garcia, at 492 Goodwin Road and 1-1/2 Mile Line, Mission, Texas 78574.

6. Defendant The Coca-Cola Company, is a Delaware corporation, which may be served by serving its registered agent for service in the State of Texas, the C.T. Corporation System at 350 N. St. Paul Street, Dallas, Texas 75201.

7. Reynaldo Garcia is an individual who may be served at 492 Goodwin Road and 1-1/2 Mile Line, Mission, Texas 78574, and/or the Federal Penitentiary in Bastrol, Texas.

8. Mirta Garcia is an individual who may be served at 100 Esperanza Drive, Mission, Texas 78572.

9. Paula Garcia is an individual who may be served at 227 Redwood Street, Rio Grande, Texas 78582.

**Facts Common to All Counts**

10. Plaintiff is the author of a certain work of architectural copyright titled "Super Six." On March 31, 2005, Plaintiff submitted an application for registration of his copyright with the United States Copyright Office, and also submitted the required fee and deposit. A true copy of the application for copyright registration, fee and deposit submitted is attached to this Complaint as Exhibit "A" and incorporated herein by reference.

11. Plaintiff is the author of a certain work of architectural drawings titled "Maximaqueta X." On May 30, 2000, Plaintiff received a certificate of registration for the copyright in the Maximaqueta X work from the United States Copyright Office, under registration number VA 1-052-250. A true copy of the certificate of registration is attached to this Complaint as Exhibit "B" and incorporated herein by reference.

12. Plaintiff is in the business of constructing and operating retail stores that specialize in selling soft drinks (or in certain locations, beer) and snacks. Plaintiff's stores have a distinctive design of six cans of a beverage, arranged in two parallel rows of cans as in a six-pack of drinks. Plaintiff's stores allow customers to drive through the store to make purchases. A typical store is shown on the copyright deposit materials, and also on the photograph attached to this complaint as Exhibit "C" and incorporated herein by reference. Plaintiff's original and distinctive store has been very successful in Mexico, and Plaintiff has now constructed such a store in Laredo, Webb County, Texas.

13. Plaintiff's original store design is distinctive of his retail drive-through store services and represents the goodwill of his business. Through the use and display of his store design, Plaintiff has acquired valuable rights in the trademark and trade dress represented by that design. Plaintiff uses the trademark SUPER SIX to identify his stores and has acquired goodwill in the SUPER SIX mark as well.

14. Defendants The Coca-Cola Company, Reycarlo Enterprises, Inc., Reynaldo Garcia, Paula Garcia and Mirta Garcia have constructed and/or are operating and/or are using a retail drive-through store in Mission, Texas, located at 3 Mile Line and Doffin Road in Mission, Hidalgo County, Texas ("the Reycarlo store"). A photograph of this store is attached to this Complaint as Exhibit "D" and incorporated herein by reference. As shown by Exhibit "D," the Reycarlo store incorporates all of the design elements shown in Plaintiff's copyright works, as well as all of the design elements constituting Plaintiff's trade dress and trademarks in his distinctive store design.

## Count One — Copyright Infringement

15. At all times relevant, Plaintiff has been and still is the owner and proprietor of all right, title and interest in and to the works Super Six and Maximaqueta X.

16. The Super Six work contains material wholly original with Plaintiff and is copyrightable subject matter under the copyright laws of the United States.

17. The Maximaqueta X work contains material wholly original with Plaintiff and is copyrightable subject matter under the copyright laws of the United States.

18. Defendants have infringed and continue to infringe Plaintiff's copyright by directly copying the Super Six work. In particular, Defendants have constructed the Reycarlo store and have made architectural plans and drawings representing such store, all in violation of Plaintiff's exclusive

rights under the Copyright Act (collectively called "copying" in this Complaint). Such copying was done by Defendants without the consent, approval or license of Plaintiff. Defendants' store embodies wholesale appropriation of Plaintiff's original work, all in violation of his copyright.

19.     On information and belief, Defendants have infringed and continue to infringe Plaintiff's copyright by directly copying the Maximaqueta X work. In particular, Defendants have copied and distributed and modified the architectural drawings in the Maximaqueta X work to construct the Reycarlo store, all in violation of Plaintiff's exclusive rights under the Copyright Act (collectively called "copying" in this Complaint). Such copying was done by Defendants without the consent, approval or license of Plaintiff. Defendants' store embodies wholesale appropriation of Plaintiff's original work, in violation of his copyright.

20.     Defendants' past and continuing copying of Plaintiff's Super Six work and the Maximaqueta X work constitute a willful and deliberate infringement of Plaintiff's copyrights and is causing irreparable harm and damage to Plaintiff.

### Count Two– False Designation of Origin Under §43(a) of the Lanham Act

21.     Defendants' use of the trademark and trade dress represented by the Super Six store design and the designation CLASSIC SIX, constitutes a false designation of origin which has deceived, and is likely to deceive, customers and prospective customers into believing that Defendants' store is that of the Plaintiff, and as a consequence, is likely to divert and have diverted customers away from Plaintiff.

22. Defendants' use of the trademark and trade dress represented by the Super Six store design and the designation CLASSIC SIX, constitutes an infringement of Plaintiff's common-law rights in his trademarks and trade dress which has deceived, and is likely to deceive, customers and prospective customers into believing that Defendants' store is that of the Plaintiff, and as a consequence, is likely to divert and have diverted customers away from Plaintiff.

23. Plaintiff has no control over the quality of the services offered by Defendants. Any failure, neglect or default by Defendants in providing their retail services or goods under the Super Six trademarks and trade dress and the designation CLASSIC SIX, will reflect adversely on Plaintiff as the believed source of origin of such faulty products and services. Plaintiff's efforts to continue to protect his reputation as a creator of a high quality store providing excellent customer service will therefore be hindered, as will his significant efforts to date to promote his store with its distinctive trade dress and the SUPER SIX mark.

24. Defendants' false designation of origin and infringement will continue unless enjoined by this court.

### Count Three– State Trademark Dilution

25. Defendants' acts are likely to injure Plaintiff's business reputation or dilute the distinctive quality of a Plaintiff's trademarks and trade dress, all in violation of TEX. BUS. & COM. CODE § 16.29. Unless restrained by the Court, the Defendants' acts will continue to cause serious irreparable injury to Plaintiff's trademarks and trade dress.

### Count Four— State Unfair Competition and Trademark Infringement

26. All of Defendants' acts constitute unfair competition and trademark and trade dress infringement under the common law of the State of Texas.

WHEREFORE, Plaintiff requests that the Court grant him the following relief:

1. That Defendants be preliminarily and permanently enjoined from infringing Plaintiff's copyrights and other proprietary rights in the Super Six work and the Maximaqueta X work, or any prior or later versions thereof, and the Defendants be enjoined to destroy, or substantially modify so as to be non-infringing, the Reycarlo store;

2. That Defendants be required to pay to Plaintiff such actual damages as he has sustained as a result of Defendants' copyright infringement, pursuant to 17 U.S.C. § 504(b);

3. That Defendants be required to account for and disgorge to Plaintiff all gains, profits, and advantage derived by their copyright infringement pursuant to 17 U.S.C. 504(b);

4. That Defendants be preliminarily and permanently enjoined from (i) infringing Plaintiff's trademarks and trade dress in the Super Six design and the SUPER SIX mark, (ii) from diluting Plaintiff's trademark and trade dress rights, and (iii) injuring Plaintiff's business reputation;

5. That Defendants be required to account to Plaintiff for Defendants' profits, and to pay to Plaintiff the actual damages suffered by Plaintiff as a result of Defendants' trademark and trade dress infringement and false designation of origin;

6. That Defendant be ordered to be enjoined to destroy, or substantially modify so as to be non-infringing, the Reycarlo store, and to destroy advertising or other materials constituting infringement of Plaintiff's trademarks, trade dress or designation of origin;

7. That the Court hold this case to be an "exceptional case" under 15 U.S.C. § 1117, and that Defendants be ordered to pay to Plaintiff the costs of this action along with reasonable attorney fees; and,

8. That Plaintiff be granted such further relief as the Court deems just.

                        Respectfully submitted,

                        HALL, QUINTANILLA & ALARCON
                        1302 Washington Street
                        P. O . Box 207
                        Laredo, Texas 78040
                        (956) 723-5527
                        (956) 723-8168  – facsimile

                        _____
                        Guillermo G. Alarcon
                        Attorney-In-Charge
                        Texas Bar No. 00968410
                        Southern District No. 9310

                        _____
                        Alberto Alarcon
                        Attorney -In-Charge
                        Texas Bar No. 00968425
                        Southern District No. 10963

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA          VAU

EFFECTIVE DATE OF REGISTRATION

Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
SUPER SIX

NATURE OF THIS WORK ▼ See instructions
Architectural Drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
Armando Landeros Llavayol

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1962

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___Mexico___
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☒ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
1997 Year   This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month __May__ Day __27__ Year __1997__
__Mexico__ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Armando Landeros Llavayol
Emilio Carranza 2300, Col. Palo Blanco
Garza Garcia, Nuevo Leon, Mexico 66230

See instructions before completing this space

APPLICATION RECEIVED
_____
ONE DEPOSIT RECEIVED
_____
TWO DEPOSITS RECEIVED
_____
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT "A"

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a  See instructions before completing this space.
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼     **Account Number** ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

John A. Thomas
13355 Noel Rd., L.B. 48
Dallas, Texas 75240-1518

b

Area code and daytime telephone number ( 972 ) 419-8378      Fax number ( 972 ) 419-8329
Email  jathomas@gpm-law.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of __author__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John A. Thomas                                                                Date  3/31/05

Handwritten signature (X) ▼
X _[signature]_

| Certificate will be mailed in window envelope to this address: | Name ▼ John A. Thomas |
|---|---|
| | Number/Street/Apt ▼ 13355 Noel Rd., L.B. 48 |
| | City/State/ZIP ▼ Dallas, Texas 75240-1518 |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—30,000  Web Rev June 2002   ♻ Printed on recycled paper                          U.S. Government Printing Office: 2003-496-605/60,029


Title SUPER SIX
Author Armando Landeros Llavayol
Architect Servitienda S A de C V
Site Address 1519 South Zapata Highway
Laredo, Texas



| Date | Invoice | Client | Matter | Reference | Payment |
|---|---|---|---|---|---|
| 3/2/2005 | 01206.890 | 01206 | 890 | Filing Fee | $30.00 |

GLAST, PHILLIPS & MURRAY, P.C. TRUST ACCOUNT UNDER IOLTA - DALLAS, TX          03/10/2005   00648

### RECEIVED IN THE U.S. COPYRIGHT OFFICE:

1. Completed Form VA for copyright registration;
2. One (1) original of a photograph of the design;
3. One (1) original of the design plans;
4. Our check in the amount of $30.00 for the filing fee; and
5. Our self-addressed stamped postcard which I would appreciate being stamped with your date stamp and returned to me.

Copyright: SUPER SIX
Attorney Docket: 01206.890
Date Mailed: 03/31/05
Express Mail No.: EV523612945US

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



**VA 1-052-250**

EFFECTIVE DATE OF REGISTRATION
5 - 30 - 00
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
MAXIMAQUETA X

**NATURE OF THIS WORK ▼** See instructions
Architectural Drawing

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**NAME OF AUTHOR ▼**
Armando Landeros Llavayol

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1962    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ Mexico
    { Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☒ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**a** **Year in Which Creation of This Work Was Completed**
1996 ◀ Year   This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Month ▶ March   Day ▶ 1   Year ▶ 1996
Mexico ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Armando Landeros Llavayol
Emilio Carranza 2300
Col. Palo Blanco
Garza Garcia, Nuevo Leon, 66230
Mexico

**APPLICATION RECEIVED**
DEC 20 2000
**ONE DEPOSIT RECEIVED**
5 - 30 - 00
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
              • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Recibí: Brenda Elizondo   EXHIBIT "B"

EXAMINED BY ✗ /WRB  
CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼
VA 785-626                                                     July 16, 1996

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

architectural drawings for MAXIMAQUESTA V

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

architectural details

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                        Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

John A. Thomas, Esq.
Glast, Phillips & Murray, P.C.
2200 One Galleria Tower
13355 Noel Rd., L.B. 48
Dallas, Texas 75240-6657

Area code and daytime telephone number ► (972) 419-8300         Fax number ► (972) 419-8329
Email ► jathomas@gpm-law.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Armando Landeros Llavayol
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John A. Thomas                                                 Date ► December 12, 2000

Handwritten signature (X) ▼
☞ X _____

Certificate will be mailed in window envelope to this address:
Name ▼       John A. Thomas
             Glast, Phillips & Murray, P.C.
Number/Street/Apt ▼  2200 One Galleria Tower
             13355 Noel Road, L.B. 48
City/State/ZIP ▼  Dallas, Texas 75240-6657

9

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 2000—100,000
WEB REV: May 2000              ⓟ PRINTED ON RECYCLED PAPER              ☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/120



| | |
|---|---|
| Title | SUPER SIX |
| Author | Armando Landeros Llavayol |
| Architect | Servitienda S A de C V |
| Site Address | 1519 South Zapata Highway |

EXHIBIT "C"



EXHIBIT "D"