UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ARMANDO LANDEROS-LLAVAYOL<br>Plaintiff, | § § § | |
| VS. | § § | CASE NO. M-07-095 |
| THE COCA COLA CO; ET AL<br>Defendants | § § § | |

### STIPLULATION OF DISMISSAL AS TO ALL DEFENDANTS

TO THE HONORABLE U.S. DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41, the Plaintiff Armando Landeros-Llavayol and Defendant Coca-Cola, Reycarlo Enterprises, Reynaldo Garcia and Mateo Garcia enter into this stipulation of dismissal, and state as follows:

1. Only Defendants Coca-Cola Company, Reycarlo Enterprises, Inc., Reynaldo Garcia and Mirta Garcia have entered an appearance in this case. A settlement has already been reached with Defendants Reycarlo Enterprises, Inc., Reynaldo Garcia and Mirta Garcia and performance has been finalized by any of a new Settlement Agreement and Release. A copy of that new Settlement Agreement and Release is attached hereto as Exhibit "A".

2. Defendant Paula Garcia did not serve an answer nor motion for summary judgment and has not made an appearance in this case, and has already been dismissed.

3. Plaintiff does not desire to prosecute his case against the Coca-Cola Company.

4. Plaintiff and all remaining Defendants stipulate that the pending action against

1

them be dismissed with prejudice as to the claims asserted for the particular transaction or occurrence in issue, and that all pre-trial motions between them are withdrawn.

Wherefore, premises considered, stipulation is hereby made that the case is dismissed in its entirety with prejudice as to the claims asserted for the particular transaction or occurrence at issue.

Respectfully submitted,

CAMPERO & BECERRA, P.C.
315 Calle Del Norte, Suite 207
Laredo, Texas 78041
(956) 796-0330
(956) 796-0399 Fax

By: _____
ADOLFO CAMPERO, JR.
State Bar No. 00793454
Attorney fro Defendant Coca-Cola Company

HALL, QUINTANILLA & ALARCON
1302 Washington Street
P.O. Box 207
Laredo, Texas 78040
(956) 723-5527
(956) 723-8168 Fax

By: _____
GUILLERMO G. ALARCON
State Bar No. 00968410
Attorney for Armando Landeros-Llavayol

PALACIOS LAW FIRM, PLLC
2724 W. Canton
Edinburg, Texas 78539
(956) 381-1200
(956) 381-1220 Fax

By: _____
SHYAM N.S. DIXIT, JR.
State Bar No. 24058198
Attorney for Defendants