UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ARMANDO LANDEROS-LLAVAYOL<br>Plaintiff, | §<br>§<br>§ | |
| VS | §<br>§ | CASE NO. M-07-095 |
| THE COCA COLA CO; ET AL<br>Defendants | §<br>§<br>§ | |

### ORDER OF DISMISSAL

Pursuant to Stipulation of Dismissal, this case is dismissed in its entirety with prejudice as to the claims asserted for the particular transaction or occurrence at issue.

Signed this 2ⁿᵈ day of _August_, 2007 at McAllen, Texas.

RICARDO HINOJOSA, U.S. DISTRICT JUDGE